IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Edward K. Thompson | : | Bankruptcy No. 17-24987-JAD |
| Christine M. Thompson | : | Chapter 13 |
| Debtors | : | |
| | : | |
| Edward K. Thompson | : | Doc. # 39 |
| Christine M. Thompson | : | |
| Movants | : | |
| | : | |
| v. | : | |
| | : | |
| Fay Servicing | : | |
| Respondent | : | |

## ORDER

A *Loss Mitigation Order* dated February 9, 2018, was entered in the above matter at Document No. 29. On May 1, 2018, a *Motion to Extend the Loss Mitigation Period* was filed by Debtors at Document No. 35 and 39.

AND NOW, this 15th day of May, 2018, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including* June 14, 2018.

_____ jsf
Jeffery A. Deller
United States Bankruptcy Judge

FILED
5/15/18 10:27 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
```

In re:                                                              Case No. 17-24987-JAD
Edward K. Thompson                                                  Chapter 13
Christine M. Thompson
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: mgut                  Page 1 of 1           Date Rcvd: May 15, 2018
                             Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2018.
db/jdb         +Edward K. Thompson,    Christine M. Thompson,    272 Coleen Drive,    Pittsburgh, PA 15236-4309

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2018 at the address(es) listed below:
              Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
               acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
              James  Warmbrodt    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank
               National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
              Kevin M Buttery    on behalf of Creditor    PROF-2013S3 Legal Title Trust II, by U.S. Bank National
               Association, as Legal Title Trustee kbuttery@rascrane.com
              Kevin M Buttery    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae)
               kbuttery@rascrane.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Samuel M. DiFatta    on behalf of Debtor Edward K. Thompson difatta1015@comcast.net,
               richard.gainey@comcast.net
              Samuel M. DiFatta    on behalf of Joint Debtor Christine M. Thompson difatta1015@comcast.net,
               richard.gainey@comcast.net
                                                                                               TOTAL: 8