# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

## *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | EDWARD K. & CHRISTINE M. THOMPSON |
| **Case Number:** | 17-24987-JAD    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, JUNE 21, 2018 11:30 AM    3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
6/25/18 1:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## *Matter:*

#13 - Final Confirmation of Plan Dated 12/13/2017 (NFC)
R / M #: 13 / 0

## *Appearances:*

Debtor: Gainey

Trustee: Winnecour / (Pail) Katz / DeSimone

Creditor:

## *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to 12/6/18 at 10:30.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

6/12/2018  11:33:46AM