IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Edward K. Thompson | : | Bankruptcy No. 17-24987-JAD |
| Christine M. Thompson | : | Chapter 13 |
| Debtors | : | |
| | : | |
| Edward K. Thompson | : | |
| Christine M. Thompson | : | |
| Movant s | : | |
| | : | |
| v. | : | |
| | : | |
| Ronda J. Winnecour | : | |
| Chapter 13 Trustee | : | |
| Respondent | : | |

## CERTIFICATE OF NO OBJECTION REGARDING MOTION TO DISMISS CHAPTER 13 CASE

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the MOTION TO DISMISS CHAPTER 13 CASE filed on November 1, 2018 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon.  Objections to the Motion were to be filed and served no later than November 19, 2018.

It is hereby respectfully requested that the order attached to the Motion be entered by the court.

Dated: December 7, 2018          By:

/s/Samuel M. DiFatta, Esq.
Samuel M. DiFatta, Esq.
PA I.D. # 78156
PO Box 23
Tarentum, PA 15084
Tel: 724-882-5175