UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WESTERN PENNSYLVANIA
CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

|  |  |
|---|---|
| Debtor: | EDWARD K. & CHRISTINE M. THOMPSON |
| Case Number: | 17-24987-JAD    Chapter: 13 |
| Date / Time / Room: | THURSDAY, DECEMBER 06, 2018 10:30 AM    3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
12/6/18 2:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#13 - Continued Confirmation of Plan Dated 12/13/2017 (NFC)
R / M #:  13 / 0

**Appearances:**   No Show

Debtor:
Trustee: Winnecour / Pail / (Katz) / DeSimone
Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
       Objections are due on or before _____.
       A hearing on the Amended Plan is set for _____ at _____.
9. _X_ Contested Hearing: 1/17/19 at 11:00 AM (if need be)
10. _X_ Other:

Arrears Thru 12/18 are $9545
Last payment 6/18

Debtor filed mt to dismiss case. Scheduled for hearing on 12/12.

Trustee requests dismissal based on defaults, w/o prejudice, in the event the mt to dismiss is withdrawn

11/30/2018 3:35:20PM

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Edward K. Thompson
Christine M. Thompson
    Debtors

Case No. 17-24987-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: jhel     Page 1 of 1     Date Rcvd: Dec 06, 2018
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2018.
db/jdb         +Edward K. Thompson,   Christine M. Thompson,   272 Coleen Drive,   Pittsburgh, PA 15236-4309

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2018                                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2018 at the address(es) listed below:

         James Warmbrodt    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
         Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, DMcKay@bernsteinlaw.com
         Kevin M Buttery    on behalf of Creditor    PROF-2013S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee kbuttery@rascrane.com
         Kevin M Buttery    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae) kbuttery@rascrane.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         Samuel M. DiFatta    on behalf of Debtor Edward K. Thompson difatta1015@comcast.net, richard.gainey@comcast.net
         Samuel M. DiFatta    on behalf of Joint Debtor Christine M. Thompson difatta1015@comcast.net, richard.gainey@comcast.net
                                                                                                         TOTAL: 8