**IN THE UNITED STATES BANKRUPTCY COURT** <span style="color:red">**DEFAULT O/E JAD**</span>
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In Re:

| | | |
|---|---|---|
| Edward K. Thompson | : | Case No. 17-24987-JAD |
| Christine M. Thompson | : | |
| Debtors | : | Chapter 13 |
| | : | |
| Edward K. Thompson | : | |
| Christine M. Thompson | : | |
| Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| | : | Docket No. 48 |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent | : | |
| | : | |

## ORDER

AND NOW, this __7th__ day of __December__, 2018, pursuant to the Motion to Dismiss Chapter 13 Case filed by Debtor, it is hereby ORDERED, ADJUDGED, and DECREED, that the above captioned cased is DISMISSED without prejudice.

BY THE COURT

/s/ Jeffery A. Deller jsf
Jeffery A. Deller
United States Bankruptcy Judge

FILED
12/7/18 10:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                                United States Bankruptcy Court
                                Western District of Pennsylvania
In re:                                                                  Case No. 17-24987-JAD
Edward K. Thompson                                                      Chapter 13
Christine M. Thompson
          Debtors
                                      CERTIFICATE OF NOTICE
District/off: 0315-2           User: mgut                   Page 1 of 2                   Date Rcvd: Dec 07, 2018
                               Form ID: pdf900              Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2018.
db/jdb         +Edward K. Thompson,    Christine M. Thompson,    272 Coleen Drive,    Pittsburgh, PA 15236-4309
cr             +Americredit Financial Services, Inc. Dba GM Financ,    P.O Box 183853,
                 Arlington, TX 76096-3853
cr             +Federal National Mortgage Association (Fannie Mae),    Robertson, Anschutz & Schneid, P. L.,
                 6409 Congress Avenue, suite 100,    Boca Raton, FL 33487-2853
14759828      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court: Americredit Financial Services, Inc.,     dba GM Financial,
                 PO Box 183853,    Arlington, TX 76096)
14744176       Americredit Financial,    1820 E. Harbor Circle South,    Phoenix, AZ 85034
14744177       +Convergent Outsourcing,    PO Box 9004,    Renton, WA 98057-9004
14744180       +Fay Servicing,    PO Box 809441,   Chicago, IL 60680-9441
14744183       +Northwest Savings Bank,    100 Liberty Street,    P.O. Box 37,    Warren, PA 16365-0037
14779604       +PROF-2013-S3 LEGAL TITLE TRUST II, BY U.S. BANK,    C/O Fay Servicing, LLC,
                 3000 Kellway Dr Ste 150,    Carrollton TX 75006-3357
14744187      #+Stern Recovery Services, Inc.,    415 N. Edgeworth St.,    STE 210,   Greensboro, NC 27401-2071
14744189      #+Trident Asset Management,    53 Perimeter Center East,    Suite 440,    Atlanta, GA 30346-2230
14757187       +U.S. Department of HUD,    451 7th Street S.W.,   Washington, DC 20410-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14744178       +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 08 2018 02:49:42
                 Credit Collection Service,    725 Canton Street,    Norwood, MA 02062-2679
14744179       +E-mail/PDF: creditonebknotifications@resurgent.com Dec 08 2018 02:46:45     Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
14778599       +E-mail/Text: kburkley@bernsteinlaw.com Dec 08 2018 02:49:37     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14744181        E-mail/Text: bnckohlsnotices@becket-lee.com Dec 08 2018 02:48:37      Kohl's,   PO Box 3043,
                 Milwaukee, WI 53201-3043
14744182       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 08 2018 02:49:05     Midland Funding LLC,
                 8875 Aero Drive,    Suite 200,   San Diego, CA 92123-2255
14749382        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 08 2018 02:46:40
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14773366        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 08 2018 02:46:06
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14744522       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 08 2018 03:09:16
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14744184       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 08 2018 02:46:06
                 Portfolio Recovery and Affiliation,    120 Corporate Blvd.,    Ste 100,    Norfolk, VA 23502-4952
14744188       +E-mail/PDF: gecsedi@recoverycorp.com Dec 08 2018 02:46:39     Synchrony Bank/Care Credit,
                 PO Box 965036,    Orlando, FL 32896-5036
14779648        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 08 2018 02:58:44        Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                               TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              PROF-2013-S3 Legal Title Trust II, by U.S. Bank Na
cr              PROF-2013S3 Legal Title Trust II, by U.S. Bank Nat
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14777967*     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court: Americredit Financial Services, Inc.,     Dba GM Financial,
                 P.O Box 183853,    Arlington, TX 76096)
14744185*      +Portfolio Recovery and Affiliation,    120 Corporate Blvd.,    Ste 100,    Norfolk, VA 23502-4952
14744186*      +Portfolio Recovery and Affiliation,    120 Corporate Blvd.,    Ste 100,    Norfolk, VA 23502-4952
14744190*      +Trident Asset Management,    53 Perimeter Center East,    Suite 440,    Atlanta, GA 30346-2230
                                                                                               TOTALS: 3, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0315-2           User: mgut                Page 2 of 2                  Date Rcvd: Dec 07, 2018
                               Form ID: pdf900           Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor   PROF-2013-S3 Legal Title Trust II, by U.S. Bank
               National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Kevin M Buttery    on behalf of Creditor   PROF-2013S3 Legal Title Trust II, by U.S. Bank National
               Association, as Legal Title Trustee kbuttery@rascrane.com
              Kevin M Buttery    on behalf of Creditor   Federal National Mortgage Association (Fannie Mae)
               kbuttery@rascrane.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Samuel M. DiFatta    on behalf of Joint Debtor Christine M. Thompson difatta1015@comcast.net,
               richard.gainey@comcast.net
              Samuel M. DiFatta    on behalf of Debtor Edward K. Thompson difatta1015@comcast.net,
               richard.gainey@comcast.net
                                                                                             TOTAL: 8
```