N

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | |
| **EDWARD K. THOMPSON AND CHRISTINE M. THOMPSON,** | : | **Bankruptcy No. 17-24987-JAD** |
| | : | |
| | : | **Chapter 13** |
| **Debtor** | : | |
| | : | **Related to Doc. # 59** |

**ORDER**

**AND NOW,** this 3rd day of March, 2021, It is hereby **ORDERED** that the Final Decree entered on February 17, 2021, at Doc. # 59 is vacated, as it was issued in error.

FILED
3/3/21 11:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

jsf

**JEFFERY A. DELLER**
U.S. Bankruptcy Judge

00018340

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 17-24987-JAD
Edward K. Thompson Chapter 13
Christine M. Thompson
Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: mgut Page 1 of 3
Date Rcvd: Mar 03, 2021 Form ID: pdf900 Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | Edward K. Thompson, Christine M. Thompson, 272 Coleen Drive, Pittsburgh, PA 15236-4309 |
| cr | + | Federal National Mortgage Association (Fannie Mae), Robertson, Anschutz & Schneid, P. L., 6409 Congress Avenue, suite 100, Boca Raton, FL 33487-2853 |
| 14744176 | | Americredit Financial, 1820 E. Harbor Circle South, Phoenix, AZ 85034 |
| 14744180 | + | Fay Servicing, PO Box 809441, Chicago, IL 60680-9441 |
| 14744183 | + | Northwest Savings Bank, 100 Liberty Street, P.O. Box 37, Warren, PA 16365-0037 |
| 14779604 | + | PROF-2013-S3 LEGAL TITLE TRUST II, BY U.S. BANK, C/O Fay Servicing, LLC, 3000 Kellway Dr Ste 150, Carrollton TX 75006-3357 |
| 14744187 | #+ | Stern Recovery Services, Inc., 415 N. Edgeworth St., STE 210, Greensboro, NC 27401-2071 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 04 2021 00:12:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| 14759828 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 04 2021 00:12:00 | Americredit Financial Services, Inc., dba GM Financial, PO Box 183853, Arlington, TX 76096 |
| 14744177 | + | Email/Text: convergent@ebn.phinsolutions.com | Mar 04 2021 00:13:00 | Convergent Outsourcing, PO Box 9004, Renton, WA 98057-9004 |
| 14744178 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 04 2021 00:13:00 | Credit Collection Service, 725 Canton Street, Norwood, MA 02062-2679 |
| 14744179 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 04 2021 01:47:13 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14778599 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 04 2021 00:13:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14744181 | | Email/Text: PBNCNotifications@peritusservices.com | Mar 04 2021 00:11:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14744182 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 04 2021 00:12:00 | Midland Funding LLC, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14749382 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 04 2021 01:46:48 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14773366 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 04 2021 01:46:48 | Portfolio Recovery Associates, LLC, POB 41067, |

| | | | | |
|---|---|---|---|---|
| | | | | Norfolk VA 23541 |
| 14744522 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 04 2021 01:44:59 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14744184 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 04 2021 01:48:36 | Portfolio Recovery and Affiliation, 120 Corporate Blvd., Ste 100, Norfolk, VA 23502-4952 |
| 14744188 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 04 2021 01:44:57 | Synchrony Bank/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 14757187 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Mar 04 2021 01:46:46 | U.S. Department of HUD, 451 7th Street S.W., Washington, DC 20410-0001 |
| 14779648 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 04 2021 01:48:39 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | PROF-2013-S3 Legal Title Trust II, by U.S. Bank Na |
| cr | | PROF-2013S3 Legal Title Trust II, by U.S. Bank Nat |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14777967 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14744185 | *+ | Portfolio Recovery and Affiliation, 120 Corporate Blvd., Ste 100, Norfolk, VA 23502-4952 |
| 14744186 | *+ | Portfolio Recovery and Affiliation, 120 Corporate Blvd., Ste 100, Norfolk, VA 23502-4952 |
| 14744190 | *+ | Trident Asset Management, 53 Perimeter Center East, Suite 440, Atlanta, GA 30346-2230 |
| 14744189 | ##+ | Trident Asset Management, 53 Perimeter Center East, Suite 440, Atlanta, GA 30346-2230 |

TOTAL: 3 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2021 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PROF-2013-S3 Legal Title Trust II by U.S. Bank National Association, as Legal Title Trustee bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Kevin M Buttery | on behalf of Creditor PROF-2013S3 Legal Title Trust II by U.S. Bank National Association, as Legal Title Trustee |

kbuttery@rascrane.com

Kevin M Buttery
on behalf of Creditor Federal National Mortgage Association (Fannie Mae) kbuttery@rascrane.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Samuel M. DiFatta
on behalf of Joint Debtor Christine M. Thompson difatta1015@comcast.net richard.gainey@comcast.net;difattasr89351@notify.bestcase.com

Samuel M. DiFatta
on behalf of Debtor Edward K. Thompson difatta1015@comcast.net richard.gainey@comcast.net;difattasr89351@notify.bestcase.com

TOTAL: 8